OPINION — AG — COURT OF CRIMINAL APPEALS OPINION RE HABEAS CORPUS OF SEVERNS. . . . . YOU ASK ADVICE AS TO WHETHER OR NOT THE SHERIFF OF OKMULGEE COUNTY IS PROHIBITED FROM MAKING AN ARREST IN ANOTHER COUNTY UNDER A WARRANT ISSUED IN OKMULGEE COUNTY (POLICE, SHERIFF, AUTHORITY, JURISDICTION) — SEE OPINION CITE: 19 O.S.H. 515.1, 22 O.S.H. 175 (SUMMONS AND PROCESS ISSUED OUT OF COURT) (SAM LATTIMORE)